**Electronically Filed**
**Supreme Court**
**SCWC-30720**
**21-OCT-2011**
**09:21 AM**

SCWC-30720

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI ,
Respondent/Plaintiff-Appellee,

vs.

REW T. SHINSATO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30720; CASE NO. 1DTA-10-00597)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna JJ.)

Petitioner/Defendant-Appellant Rew T. Shinsato's application for writ of certiorari, filed on September 26, 2011, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, October 21, 2011.

| | |
|---|---|
| Timothy MacMaster for petitioner/defendant-appellant on the application | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| | /s/ Simeon R. Acoba, Jr. |
| | /s/ James E. Duffy, Jr. |
| | /s/ Sabrina S. McKenna |

